UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ANGELA EGBIKUADJE, | CASE NO. CV F 13-1636 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 9.) |
| vs. | |
| STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending dates and matters, including the December 10, 2013 hearing on defendant's motion to dismiss and the January 23, 2013 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **November 22, 2013**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1