UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ANGELA EGBIKUADJE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>STATE OF CALIFORNIA,<br>DEPARTMENT OF CORRECTIONS<br>AND REHABILITATION,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 13-1636 LJO JLT<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 9.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending dates and matters, including the December 10, 2013 hearing on defendant's motion to dismiss and the January 23, 2013 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **November 22, 2013**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1